No. 227.  FEDERAL POWER COMMISSION *v.* PAN AMERICAN PETROLEUM CORP. ET AL.  C. A. 10th Cir.  Motion for consecutive oral arguments denied.  (See *ante*, p. 811, where consolidation ordered and certiorari granted in No. 60 et al.)  MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.  *Cecil N. Cook* and *Neal Powers, Jr.*, for respondent Cockrell et al., *Bruce R. Merrill* and *Thomas H. Burton* for respondent Continental Oil Co., and *Cecil E. Munn* for respondent General American Oil Co. of Texas on the motion.  ▊

No. 876.  HARRISON *v.* UNITED STATES.  C. A. D. C. Cir.  (Certiorari granted, *ante*, p. 969.)  Motion of petitioner for appointment of counsel granted.  It is ordered that *Alfred V. J. Prather, Esquire,* of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 386, Misc.  SIMS *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 6th Cir.  Motion to consolidate this case with *Hopkins* v. *Gardner, Secretary of Health, Education, and Welfare,* No. 276 (see *ante*, p. 811), denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.  *H. H. Gearinger* on the motion.  ▊  ▊  [For earlier order herein, see *ante*, p. 804.]

No. 829, Misc.  RYAN *v.* FLORIDA.  Motion for leave to file petition for writ of habeas corpus denied.  Treating the papers submitted as a petition for writ of certiorari, certiorari denied.

No. 659, Misc.  HILL *v.* WERT.  Motion for leave to file petition for writ of mandamus denied.